**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re DEEP VEIN THROMBOSIS LITIGATION** | **MDL Docket No 04-1606 VRW** |
| **This Document Relates To:** | **ORDER** |
| **Miller, et al v Continental Airlines, Inc, et al, No 02-1693** | |
| **Weppner v Air Canada, No 04-1704** | |
| _____/ | |

There has been no docket activity for several months in the above cases pending in MDL 04-1606. The court held status conferences for all cases remaining in this MDL on January 16, 2007, May 1, 2007 and June 26, 2007. There were no appearances in the above cases.

\\

\\

\\

\\

Accordingly, the court now orders the parties, on or before November 2, 2007, to submit status reports for these cases. If no such communication is received for a case, the case will be dismissed without prejudice.

SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge